AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Jose Anselmo Torres-Cocino

United States Courts
Southern District of Texas
FILED
*January 16, 2023*
Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-23-0095-M

IAE    YOB: 1981
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **January 14, 2023** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*
the Defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Jose Anselmo Torres-Cocino was encountered by Border Patrol Agents near Roma, Texas on January 14, 2023. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 14, 2023, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on January 18, 2022, through Brownsville, Texas. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On November 21, 2019, the Defendant was convicted of Schedule II Drugs Cocaine, and sentenced to four (4) years confinement.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Complaint authorized by AUSA M. Phelps
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

January 16, 2023    8:53 AM

Nadia S. Medrano            , U.S. Magistrate Judge
Name and Title of Judicial Officer

/s/ Lorraine A. Partida
Signature of Complainant

Lorraine A. Partida            Border Patrol Agent

Signature of Judicial Officer